EMANUEL GORDON, Suing on Behalf of Himself and All Other Similarly Situated Pawnbrokers in the City of Buffalo, Appellant, *v.* J. RAYMOND McGOVERN, as Comptroller of the State of New York, Respondent.

Argued April 25, 1955; decided June 2, 1955.

*Herbert Shafer* and *Robert P. Freedman* for appellant.

*Jacob K. Javits, Attorney-General* (*Ruth Kessler Toch* and *Henry S. Manley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.